IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIN BAILES, Individually and Acting
as Guardian and Next Friend of
CALEB THOMAS SELLERS (A MINOR),
AND JOSHUA NELLS SELLERS, (A MINOR)         PLAINTIFFS

VS.                    NO. 4:17CV-377-JLH

RAYMOND ARNOLD, Superintendent,
Water Department Mayflower, Arkansas;
RANDY HOLLAND, Mayor, Mayflower,
Arkansas; and the CITY OF MAYFLOWER,
ARKANSAS, Each in their individual and
Official Capacity                            DEFENDANTS

## MOTION TO DISMISS

Plaintiffs Erin Bailes, Individually and Acting as Guardian and Next Friend of Caleb Thomas Sellers, a Minor, and Joshua Nells Sellers, a Minor, move this Court for an order of dismissal of all claims alleged in the complaint, with prejudice, stating that the plaintiffs and defendants have compromised and resolved their differences.

WHEREFORE, plaintiffs, Erin Bailes, Individually and Acting as Guardian and Next Friend of Caleb Thomas Sellers, a Minor, and Joshua Nells Sellers, a Minor, move this Court for an order of dismissal of all claims alleged in the complaint, with prejudice, all parties to bear their own costs and fees.

Respectfully submitted,

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas  72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: qwhiteside@wlj.com


By      /s/ Quinten J. Whiteside
    Quinten J. Whiteside (2015196)
    *Attorney for Plaintiffs Erin Bailes, et al.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the Arkansas Judiciary Electronic Filing System, which shall send notification of such filing to the following:

Michael Allen Mosley
Arkansas Municipal League
P.O. Box 38
North Little Rock, AR  72115-0038
*mmosley@arml.org*
*Attorneys for Defendants*


        /s/ Quinten J. Whiteside
    Quinten J. Whiteside