**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ERIN BAILES, individually and acting as  PLAINTIFF
guardian and next friend of Caleb Thomas Sellers,
a minor, and Joshua Nells Sellers, a minor

v.   No. 4:17CV00377 JLH

RAYMOND ARNOLD, Superintendent,
Water Department, Mayflower, Arkansas, in his
individual and official capacity;
RANDY HOLLAND, Mayor, in his individual
and official capacity; and CITY OF MAYFLOWER   DEFENDANTS

## **ORDER**

The plaintiff's motion to dismiss is GRANTED. Document #20. All claims alleged in the complaint are hereby dismissed with prejudice.[1]

IT IS SO ORDERED this 26th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Many thanks to Mr. Whiteside for agreeing to represent Ms. Bailes *pro bono* and for doing so zealously.